UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: Leon C Keizer )   Case No: 18-59231
) 
) Chapter 13
)
)

Debtor(s)

## Statement Regarding Inability to Obtain Credit Counseling

(Summarize exigent circumstances here)

I'm planning to do so in the next couple of days

Debtor name: Leon Keizer

Signature: _____

Date: 6/4/18

FILED IN OPEN COURT
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2018 JUN -4 PM 12: 56
M. REGINA THOMAS
CLERK
BY Rachael Smith
DEPUTY CLERK