FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN 28 PM 2:40

M. REGINA THOMAS
CLERK

BY
DEPUTY CLERK

18-59231

Certificate Number: 12459-GAN-CC-031230321

12459-GAN-CC-031230321

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 25, 2018, at 10:15 o'clock AM PDT, Leon Keizer received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 25, 2018              By:    /s/Lindsay Havens

                                  Name:  Lindsay Havens

                                  Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).